KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
JONATHAN STEINSAPIR (SBN 226281)
  jsteinsapir@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for All Named Defendants

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES, CENTRAL DISTRICT

## SOUTHERN DIVISION

| | |
|---|---|
| HAVEN BEAUTY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KIM KARDASHIAN, an individual; KHLOE KARDASHIAN, an individual; KOURTNEY KARDASHIAN, an individual; KIMSAPRINCESS INC., a California corporation, KHLOMONEY INC., a California corporation, 2DIE4KOURT, a California corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:16-CV-01307 JVS (DFMx)<br><br>**DEFENDANTS' NOTICE OF RELATED CASES**<br><br>**[Local Rule 83-1.3.1]** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

NOTICE OF RELATED CASES

**TO THE CLERK OF THE ABOVE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 83-1.3.1, Defendants hereby provide notice that this action, which was filed on July 14, 2016, is related to the action styled *2Die4Kourt, Kimsaprincess Inc., Khlomoney, Inc., Kourtney Kardashian, Kim Kardashian West and Khloe Kardashian v. Hillair Capital Management LLC, Hillair Capital Investments LP, Haven Beauty Inc., Neal Kaufman, Sean McAvoy and Does 1 through 10*, Case No. 8:16-cv-01304 JVS (DFMx) (the "related action), which was filed on July 13, 2016. The two actions are related for the following reasons:

(1) The two actions arise from the same or substantially related or similar questions of law and fact; and

(2) The two actions call for determination of the same or substantially related or similar questions of law and fact.

Brief Description of the Actions:

The related action – On July 8, 2016, Plaintiffs terminated their License Agreement with Plaintiff for the sale and distribution of the color cosmetics brand – Kardashian Beauty – which is based upon the Kardashians' trademarks, names, likenesses and images. Notwithstanding this termination, Plaintiff continues to sell and advertise the Kardashian Beauty brand products. On July 13, 2016, Defendants herein filed the related action for injunctive relief for federal trademark infringement (15 U.S.C. § 1114), false association and designation of origin (15 U.S.C. § 1125(a)), violation of the right of publicity under California law, and California Common Law Trademark Infringement.

This action – On July 14, 2016, Plaintiff filed this action asserting a variety of state law claims against Defendants, and seeking an injunction to, among other things, prevent Defendants from enforcing the termination of the License Agreement.

For the above reasons, this action and the related action arise from the same

or substantially related or similar questions of law and fact, and call for determination of the same legal and factual questions. Accordingly, this action and the related action are related cases within the meaning of Local Rule 83-1.3.1.

DATED: July 15, 2016            KINSELLA WEITZMAN ISER
                                KUMP & ALDISERT LLP


                                By:      /s/ *Michael J. Kump*
                                      Michael J. Kump
                                      Attorneys for All Named Defendants

359209