UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 16-01307 JVS(DFMx) | Date | July 19, 2016 |
| Title | Haven Beauty, Inc. v. Kardashian, et al. | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)  Order Denying Plaintiff's Ex Parte Application for Temporary Restraining Order; Declining to Issue Order to Show Cause; and ORDER TO SHOW CAUSE Why Action Should Not Be Ordered to Arbitration.**

Having reviewed the Application of Haven Beauty, Inc. ("Haven") for preliminary injunctive and other relief (Docket No. 5) and the Opposition thereto by Kim Kardashian *et al.* ("Kardashian parties") (Docket No. 20), the Court enters the following Order:

1. The Court denies the application for a temporary restraining order.  There is no showing that there is a likelihood Haven will prevail on the merits.  Winter v. Natural Defense Council, Inc. 555 U.S. 7, 20 (2008).  Among other things, Haven and its predecessor have failed to pay royalties.  S & R Corp. v. Jiffy Lube International, Inc., 968 F.2d 371, 373, 376 (3d Cir.1992); Jay Bharat Developers, Inc. v. Minidis, 167 Cal. App. 4th 437, 443(2008).  That failure precludes Haven from enforcing any rights under the License Agreement (see Docket No. 8-1, ¶ 5 ["Agreement"]).  Moreover, there is a substantial doubt whether the Agreement survives the termination by the Kardashian parties.  In addition, the balance of hardship does not tip in favor of Haven.  Winter, 555 U.S. at 20.  Any harm in Haven's attempt to proceed with the Fierce product line is explained by its failure to secure preapproval for new products under the terms of the Agreement (see Agreement, ¶ 7),  and counterbalance by the potential harm to the Kardashian parties from the distribution of product in absence of and in the face of express denial of approval.  Analysis of these two factors alone is sufficient to deny the application.

2. For like reasons, the Court declines to issue an order show cause.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 16-01307 JVS(DFMx)                     Date  July 19, 2016

Title     Haven Beauty, Inc. v. Kardashian, et al.

      3.  The parties are ordered to show cause in writing within ten days why this matter should not be ordered to arbitration in accordance with Paragraph 27A of the Agreement.

:       00

Initials of Preparer     kjt